CLAUDIA EMERICK *v.* ROGER EMERICK

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Roger Emerick,* pro se, in support of the petition.

Decided September 24, 1985

GEORGE H. EVERSMAN *v.* JOANNE J. EVERSMAN

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 611, is denied.

*Samuel V. Schoonmaker III,* in support of the petition.

*Robert M. Wechsler,* in opposition.

Decided September 24, 1985

STATE OF CONNECTICUT *v.* RALPH HODGE

The state's petition for certification for appeal from the Appellate Court, 5 Conn. App. 125, is granted.

*John M. Massameno,* assistant state's attorney, in support of the petition.

*James E. Swaine,* in opposition.

Decided September 24, 1985

CLAIRE FISHMAN *v.* MIDDLESEX MUTUAL ASSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 339, is denied.

*Bruce L. Levin,* in support of the petition.

*Leo Gold,* in opposition.

Decided September 24, 1985